# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MONICA K. SHERESHOVECH, individually, and on behalf of all persons similarly situated, | Case No. 1:21-cv-04818 |
| Plaintiff, |  |
| v. | Honorable Andrea R. Wood |
| TRESSLER LLP, a limited liability partnership, and ASSOCIATIONREADY, LLC d/b/a "READYCOLLECT", |  |
| Defendants. |  |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Samuel Monica K. Shereshovech and Defendant AssociationReady, LLC, each by and through their undersigned counsel, advise the Court that the parties have reached a settlement in principle of all claims against AssociationReady, LLC in this action. The parties are currently finalizing the terms of the written agreement and request that all claims against Defendant AssociationReady, LLC be dismissed with prejudice subject to reinstatement should either party notify the Court within 45 days.

Dated: December 9, 2021                    *Respectfully submitted,*

**MONICA K. SHERESHOVECH**          **ASSOCIATIONREADY, LLC**

By */s/ Rusty A. Payton*                    By */s/ Martin R. Martos II*
Rusty A. Payton                             Martin R. Martos II
PAYTON LEGAL GROUP LLC                      FOX ROTHSCHILD LLP
20 North Clark Street, Suite 3300           321 N. Clark Street, Suite 1600
Chicago, Illinois 60602                     Chicago, Illinois 60654
773-682-5210                                312-517.9200
info@payton.legal                           MMartos@FoxRothschild.com

*One of the Counsel for Plaintiff*          *One of the Counsel for AssociationReady LLC*